

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00557-CR

Lorenzo Leroy **THOMPSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR5922
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED as follows:

It is ORDERED that any assessment of attorney's fees against Lorenzo Leroy Thompson be deleted from the judgment.

As modified, the judgment of the trial court is AFFIRMED.

SIGNED January 29, 2014.

_____
Karen Angelini, Justice